John Redpath et al., Apellants, *v.* Thomas T. Vaughan et al., Respondents.

(Argued May 12, 1871 ; decided September term, 1871.)

ACTION to recover damages to a cargo of sugar in defendants' custody as common carriers. The bill of lading excepted "dangers of the sea." The boat was towed upon a hidden stump, a recent obstruction in the channel of the Hudson river, and sunk. *Held*, the loss occurred by a danger of the sea, and defendants were not liable.

*Livingston K. Miller* for the appellants.

*Joseph Potter* for the respondents.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.